**Appeal Dismissed and Memorandum Opinion filed March 12, 2024.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-23-00863-CV

**STANLEY PIPER, Appellant**

**V.**

**LARKIN STREET HOMES, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1194240**

## MEMORANDUM OPINION

This appeal is from a judgment signed November 8, 2023. The court reporter indicated on November 15, 2023 that there was no reporter's record. The clerk's record was filed January 4, 2024. No brief was filed.

On February 15, 2024, we issued a notice stating that unless appellant filed a brief along with a motion requesting an extension of time on or before February 26, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 4.1(a), 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.